THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLIE GABERTAN,<br><br>           Plaintiff,<br><br>     v.<br><br>WALMART INC.,<br><br>           Defendant. | Case No. 3:20-cv-05520-BHS<br><br>**NOTICE OF SUPREME COURT ACTION**<br><br>NOTE ON MOTION CALENDAR:<br>September 14, 2020 (Motion for Reconsideration) |

Pursuant to LCR 7(n), Defendant Walmart Inc. ("Walmart") respectfully notifies the Court that today the Supreme Court of the United States scheduled oral argument in *Facebook, Inc. v. Duguid*, No. 19-511 ("*Duguid*") for December 8, 2020. *See* https://www.supremecourt.gov/docket/docketfiles/html/public/19-511.html. This new information is relevant to the issue of reconsideration of a stay pending *Duguid*, which is raised in Walmart's Motion to Dismiss or, in the Alternative, for Reconsideration. Dkt. No. 35.

//
//
//
//
//
//
//

NOTICE OF SUPREME COURT ACTION - 1
NO. 3:20-CV-05520-BHS

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Dated: September 16, 2020

| | |
|---|---|
| */s/ Macee B. Utecht* | */s/ Meredith C. Slawe* |
| COZEN O'CONNOR | COZEN O'CONNOR |
| Macee B. Utecht, WSBA #55465 | Meredith C. Slawe (*pro hac vice*) |
| 999 Third Avenue, Suite 1900 | Michael W. McTigue Jr. (*pro hac vice*) |
| Seattle, WA 98104 | One Liberty Place |
| Phone:  (206) 373-2791 | 1650 Market Street, Suite 2800 |
| Email:  mutecht@cozen.com | Philadelphia, PA 19103 |
| | Phone:  (215) 665-2000 |
| | Email:  mslawe@cozen.com |
| | mmctigue@cozen.com |

E. Marie Bussey-Garza  (*pro hac vice*)
1717 Main Street, Suite 3100
Dallas, TX 75201
Phone:  (214) 462-3085
Email:  mbussey-garza@cozen.com

*Attorneys for Defendant Walmart Inc.*

NOTICE OF SUPREME COURT ACTION - 2
NO. 3:20-CV-05520-BHS

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000